Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Dale Cook,<br>      Plaintiff,<br><br>      v.<br><br>Commissioner of Social Security<br>      Defendant. | CASE NO. 1:10-cv-1534<br><br>STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S CONFIDENTIAL LETTER BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The current due date for Plaintiff's Confidential Brief is February 10, 2010. The new due date will be March 12, 2011. The scheduling order should be modified accordingly.

Dated: February 9, 2011          /s/ Sengthiene Bosavanh

                                 SENGTHIENE BOSAVANH, ESQ.
                                 Attorney for Plaintiff

Dated: February 9, 2011          BENJAMIN B. WAGNER
                                 United States Attorney


                                 By: /s/ Theophous H. Reagans
                                 (as authorized via telephone)
                                 THEOPHOUS H. REAGANS
                                 Special Assistant United States Attorney


   IT IS SO ORDERED.

   Dated:  **February 10, 2011**          **/s/ Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE