1  BENJAMIN B. WAGNER
2  United States Attorney
   LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  LYNN M. HARADA, CSBN 267616
5  Special Assistant United States Attorney

6      333 Market Street, Suite 1500
7      San Francisco, California  94105
       Telephone:  (415) 977-8977
8      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
9

10 Attorneys for Defendant

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14                         **FRESNO DIVISION**

15 DALE COOK,                    )    Case No. 1:10-CV-01534-AWI-DLB
           Plaintiff,            )
16 v.                            )    STIPULATION AND PROPOSED ORDER FOR
                                 )    REMAND PURSUANT TO SENTENCE FOUR OF
17 MICHAEL J. ASTRUE,            )    42 U.S.C. § 405(g), AND REQUEST FOR ENTRY
   Commissioner of Social Security, )  OF JUDGMENT IN FAVOR OF PLAINTIFF AND
18       Defendant.              )    AGAINST DEFENDANT
                                 )
19 _____)

20      IT IS HEREBY STIPULATED, by and between the parties, through their respective

21 counsel of record, that this action be remanded to the Commissioner of Social Security for further

22 administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.

23 § 405(g), sentence four.

24      On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to re-

25 evaluate the medical opinions of record, including those of Drs. Diego, Garcia, Reddy, and

26 Sharbaugh, in assessing Plaintiff's residual functional capacity, and to provide rationale for the

27 weight accorded to each opinion.

28

1      The parties further request that the Clerk of the Court be directed to enter a final judgment

2 in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final

3 decision of the Commissioner.

4                                  Respectfully submitted,

5 Date: May 16, 2011            */s/ Sengthiene Bosavanh*

                                 (As authorized by email on 5/16/11 at 4:48pm)

6                                  SENGTHIENE BOSAVANH

7                                  Attorney for Plaintiff

8 Date: May 16, 2011             BENJAMIN B. WAGNER

                                 United States Attorney

9                                  LUCILLE GONZALES MEIS

10                                  Regional Chief Counsel, Region IX

                                 Social Security Administration

11

12             By     */s/ Lynn M. Harada*

13                              LYNN M. HARADA

                               Special Assistant U.S. Attorney

14                                Attorneys for Defendant

15

16                            ORDER

17 IT IS SO ORDERED.

18 Dated:    May 17, 2011

19                   CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Stip. & Prop. Order for Remand: 1:10-CV-01534-AWI-DLB   2