1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California  94105
6      Telephone:  (415) 977-8977
       Facsimile:  (415) 744-0134
7      E-Mail: Lynn.Harada@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10          EASTERN DISTRICT OF CALIFORNIA

11                 **FRESNO DIVISION**

12 DALE COOK,                    )
                                 )      CIVIL NO. 1:10-CV-01534-AWI-DLB
13       Plaintiff,              )
                                 )
14                               )
         v.                      )      STIPULATION AND PROPOSED ORDER
15                               )      APPROVING SETTLEMENT OF
   MICHAEL J. ASTRUE,            )      ATTORNEY FEES PURSUANT TO THE
16 Commissioner of              )      EQUAL ACCESS TO JUSTICE ACT
   Social Security,              )
17                               )
         Defendant.              )
18 _____)

19          IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel,

20 that the previously filed Motion for Equal Access to Justice Act Fees is hereby withdrawn.

21          IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

22 subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

23 Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND, FOUR-HUNDRED

24 DOLLARS AND ZERO CENTS ($4,400.00).  This amount represents compensation for all legal

25 services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance

26 with 28 U.S.C. § 2412(d).

27          After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

28 consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

   to *Astrue v. Ratliff*, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend

on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Sengthiene Bosavanh, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.


Respectfully submitted,


Dated: August 24, 2011          /s/ Sengthiene Bosavanh
                                (As authorized by email on 8/24/11 at 11:56 a.m.)
                                SENGTHIENE BOSAVANH
                                Attorney for Plaintiff

Dated: August 24, 2011          BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                         By:    /s/ Lynn M. Harada
                                LYNN M. HARADA
                                Special Assistant United States Attorney
                                Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of FOUR THOUSAND, FOUR-HUNDRED DOLLARS AND ZERO CENTS ($4,400.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated:    August 26, 2011

_____

CHIEF UNITED STATES DISTRICT JUDGE